UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA MIESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV1124 CDP |
| ) | |
| PORT CITY TRUCKING, INC., et al., ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Plaintiff Christina Miess filed a motion to disqualify and discharge attorneys J. Michael Riehn and Don Trotter from representing her in this case.  In that motion, Miess sets out the reasons for her desire to discharge Riehn and Trotter, and indicates that Aaron Sachs & Associates, P.C. is her new counsel of choice.  The motion is signed by Miess, and is notarized.  Under the Missouri Rules of Professional Conduct, a client may discharge a lawyer at any time, with or without cause, subject to liability for payment for the lawyer's services.  *See* Mo. Rules of Prof'l Conduct R. 4-1.16(c) cmt. 4 (2008).

Attorneys Trotter and Riehn object to Miess' motion, denying Miess' factual allegations, and apparently arguing that they do not believe that Miess has actually terminated them in this matter.  Miess' signed, notarized statement is sufficient evidence that Miess intends to discharge Trotter and Riehn as her

attorneys. Trotter and Riehn have been discharged by Miess as her attorneys in this matter, and must follow the wishes of their former client and withdraw from this case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to disqualify counsel [#14] is granted.

**IT IS FURTHER ORDERED** that attorneys J. Michael Riehn and Don Trotter must, within ten days of this Order, withdraw as counsel in this matter, and must deliver all files relevant to Christina Miess' case to Ms. Miess or to her new counsel in this matter, Aaron Sachs & Associates.

**IT IS FURTHER ORDERED** that the motion to intervene as plaintiffs of William Scheider and Richard Huffman [#20] is granted, but they have failed to file their proposed complaint in intervention as required by Rule 24(c), and they must do so by September 18, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of September, 2009.