# STRONG — GARNER — BAUER
### TRIAL ATTORNEYS

**LAWYERS**
JEFF BAUER **
NEIL CHANTER
RACHAEL DOCKERY ***
STEVE GARNER
CHANDLER GREGG
SCOTT HILL ****
THOMAS STRONG *

**PARALEGALS**
VICKI ANDERSON
AMANDA BIRD
GREG BOONE
BRADLEY HOLT
SHERRI RUARK

**NURSE**
DEBRA AMTOWER, RN, EMT

```
**    LICENSED ALSO IN KANSAS
***   LICENSED ALSO IN ARKANSAS AND TENNESSEE
****  LICENSED ALSO IN TEXAS
*     RETIRED
```

August 7, 2009

**Via Facsimile**

J. Michael Riehn
Law Offices of J. Michael Riehn
301 W. 8th Street
P.O. Box 324
Cassville, MO 65625

    Re:    Miess v. Port City Trucking

Dear Mike:

    I received your voicemail concerning your client's offer. Neither Mr. Scheider nor Mr. Huffman have the money to pay the back child support now. Neither of my clients wants to get involved in a fight over who loved their daughters the most; and, as their counsel, it would not be good for the case in general. Neither of my clients should, however, be forced into accepting an agreed-upon distribution that would be unfair to them. My clients would agree to 22.5 percent and pay back child support at the conclusion of the case by settlement or verdict. We would also have to have some agreement concerning the amounts being claimed on the injury cases.

    I look forward to hearing back from you.

Yours very truly,

Steve Garner

SG:kb

c:    Jerry Rellihan

**EXHIBIT I**

415 E. CHESTNUT EXPRESSWAY SPRINGFIELD, MO 65802 • (417) 887-4300 • FAX (417) 887-4385 • STRONGLAW.COM