## Law Office of J. Michael Riehn

ATTORNEY AT LAW
301 WEST 8th STREET
CASSVILLE, MISSOURI 65625
REPLY TO: POST OFFICE BOX 324
CASSVILLE, MO 65625

March 27, 2008

J. Michael Riehn*
*also admitted in Kansas

417-847-1339
417-847-3057 (FAX)

Mr. Alvin Lewis
c/o Port City Trucking, Inc.
101 Karen Street
Route 3
Greenville, MS 38703-9443


EXHIBIT J

Re:   My Clients:   Mark Barton, individually, Christina J. Miess, individually, Mark Barton and Christina J. Miess as the natural parents of Gabriella A. Miess, deceased, and Christina J. Miess as the natural mother of Christel E. Miess and Gracy J. Miess, deceased

Date of Accident:      3/20/08
Location of Accident:  U.S. 63 and Farm Road 6220, near Edgar Springs, in Phelps County, Missouri

Dear Mr. Lewis:

Please be advised that the Trotter Law Firm and the Law Office of J. Michael Riehn have been retained to represent Mark Barton, individually, Christina J. Miess, individually, Mark Barton and Christina J. Miess as the natural parents of Gabriella A. Miess, deceased, and Christina J. Miess as the natural mother of Christel E. Miess and Gracy J. Miess, deceased, with regard to any claim or claims they may have resulting from a motor vehicle accident which occurred on March 20, 2008, at the above referenced site.

It is our understanding that at the time of the accident, Lake Asphalt Paving & Construction, LLC, was resurfacing a section of U.S. Highway 63, near Farm Road 6220, in Phelps County, Missouri. The accident occurred when the tractor trailer truck that you were operating as an employee of Port City Trucking, Inc., ran into the vehicle being driven by Mark Barton as it was stopped at the resurfacing site.

Please forward this correspondence to your insurance company for their review.

Our representation is pursuant to a written contract, for a contingency fee on any amounts recovered in any way, by settlement or trial, on behalf of Mark Barton, individually, Christina J. Miess, individually, Mark Barton and Christina J. Miess as the natural parents of Gabriella A. Miess, deceased, and Christina J. Miess as the natural mother of Christel E. Miess and Gracy J. Miess, deceased. The contract and lien are asserted pursuant to R.S.Mo. § 484.130 and 484.140.

Should you have any questions or need any additional information, please do not hesitate to call.

With kind regards, I am

        Very truly yours,

        Don Trotter

        *Don Trotter by JR*
        TROTTER LAW FIRM

        J. Michael Riehn

        LAW OFFICE OF J. MICHAEL RIEHN

JMR/sr
cc: Mark Barton
    Christina Miess

## Law Office of J. Michael Riehn

ATTORNEY AT LAW
301 WEST 8th STREET
CASSVILLE, MISSOURI 65625
REPLY TO: POST OFFICE BOX 324
CASSVILLE, MO 65625

J. Michael Riehn*
*also admitted in Kansas

September 18, 2008

417-847-1339
417-847-3057 (FAX)

CT Corporation System
645 Lakeland East Drive, Suite 101
Flowood, Mississippi 39232

Re:  My Client:  Christina J. Miess, individually, and Christina J. Miess as the natural mother of Christel E. Miess, Gracy J. Miess and Gaberielle, deceased

Date of Accident:  3/20/08

Location of Accident:  U.S. 63 and Farm Road 6220, near Edgar Springs, in Phelps County, Missouri

To Whom It May Concern:

It is my understanding that CT Corporation System in the registered agent for Masterfoods USA, Inc. Please be advised that the Law Office of J. Michael Riehn and the Trotter Law Firm have been retained to represent Christina J. Miess, individually, and Christina J. Miess as the natural mother of Christel E. Miess, Gracy J. Miess and Gaberielle A. Miess deceased, with regard to any claim or claims she may have resulting from a motor vehicle accident which occurred on March 20, 2008, at the above referenced site.

The accident occurred when a tractor trailer truck operated by Alvin Lewis and owned by Port City Trucking, Inc., ran into the vehicle that Ms. Miess and her three children were passengers in, as it was stopped at a resurfacing construction site on U.S. 63. It is our understanding that Mr. Lewis, on behalf of Port City Trucking, Inc., was delivering a load of bulk rice grain to Diamond Pet Company in Meta, Missouri, from Masterfoods USA, Inc., in Greeneville, Mississippi.

Our preliminary investigation has revealed that Ms. Miess has a potential claim against Masterfoods USA Inc., for the negligent hiring and retention of Port City Trucking, Inc. We believe Port City Trucking, Inc., is an incompetent trucking firm, and Masterfoods USA Inc., knew or should have known of said incompetence. We are in the process of preparing a lawsuit naming Port City Trucking, Inc., Alvin Lewis, and Masterfoods USA Inc., as defendants.

Our representation is pursuant to a written contract, for a contingency fee on any amounts recovered in any way, by settlement or trial, on behalf of Christina J. Miess. The contract and lien are asserted pursuant to R.S.Mo. § 484.130 and 484.140. As registered agents of Masterfoods USA Inc., please submit this correspondence to Masterfoods USA Inc., for further handling.

Should you have any questions or need any additional information, please do not hesitate to call.

With kind regards, I am

                Very truly yours,

                Don Trotter

                TROTTER LAW FIRM

                J. Michael Riehn

                LAW OFFICE OF J. MICHAEL RIEHN

JMR/sr
cc: Christina Miess
    Laurel Stevenson, counsel for Port City Trucking, Inc.