UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA J. MIESS, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:09CV1124 CDP |
| | ) |
| PORT CITY TRUCKING, INC., et al. | ) |
| | ) |
| Defendants. | ) |

*Denied*
*Cathi D. Perry*
*3/16/12*

## MOTION IN LIMINE OF PLAINTIFF MIESS

COMES NOW Plaintiff Christina J. Miess, by and through her attorneys, Aaron Sachs and Associates, P.C., and to the extent Document 36 required the earlier filing of this document hereby moves the Court to permit the filing of this document. Plaintiff Miess hereby moves *in limine* to enter an Order excluding from evidence at the evidentiary hearing scheduled for March 16, 2012, all of the following:

1. Any and all evidence, reference, insinuation, suggestion, or argument regarding any alleged sexual activity, proclivity, reputation, or any other aspect of past or present sexual activity of Plaintiff Miess.

2. Any and all witnesses, documents and evidence not identified or disclosed in a Rule 26(a) disclosure, Rule 26(e) supplement, or otherwise produced prior to the close of discovery, including but not limited to expert witnesses, fact witnesses, medical records, medical reports, employment records, tax records, social security records, correspondence, photographs, videos, recordings, or any other evidence not produced under the discovery rules and applicable Orders of this Court.

1

3. Any and all deposition designations offered by Plaintiffs Barton, Scheider and Huffman including but not limited to those in documents 193, 202 and 203 and further, an Order overruling the objections in documents 193, 202 and 203 to Plaintiff Miess' deposition designations contained in document 181, because this Court has previously ruled on these designations [document 191].

WHEREFORE Plaintiff Miess moves the Court for an Order excluding any reference whatsoever to past or present sexual activity of Plaintiff Miess, for an Order excluding any and all evidence and witnesses not identified under Rule 26(a) or (e) and not disclosed prior to the close of discovery, and for an Order excluding Plaintiffs Barton, Scheider, and Huffman's deposition designations and overruling objections to Plaintiff Miess' designations, and for whatever additional relief in law or equity that the Court deems proper in the premises.

Respectfully Submitted,

AARON SACHS & ASSOCIATES, P.C.

By: _s/ Joel A. Block_
Joel A. Block
MissouriBar No: 50909
Email: joel@autoinjury.com
3271 E. Battlefield, Suite 350
Springfield, MO 65804
Telephone: (417) 889-1400
Fax: (417) 889-5359
**Attorneys for Plaintiff Miess**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of March 2012, the foregoing Motion was served upon counsel listed below by Notice of Electronic Filing via the CM/ECF system of the United States Federal Court for the Eastern District of Missouri.

Laurel Stevenson
LATHROP & GAGE
1845 S. National
P.O. Box 4288
Springfield, MO65808-4288
Phone: 417-877-5917
Fax: 417-886-9126
**Attorneys for DefendantsPortCity Trucking, Inc. and Alvin Lewis**

David Forkner
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, NW
Washington, DC20005-9501
Phone: 202-434-5316
Fax: 202-434-5029
**Attorneys for Defendant MARS, Inc.**

Randy Scheer
HUSCH BLACKWELL SANDERS, LLP
901 St. Louis Street, Suite 1900
Springfield, MO65806
Phone: 417-268-4000
Fax: 417-268-4040
Springfield, MO65806
**Attorneys for Defendant MARS, Inc.**

Chandler Gregg
STRONG GARNER & BAUER
415 E. Chestnut Expressway
Springfield, MO65802
Phone: 417-887-4300
Fax: 417-887-4385
**Attorneys for Richard Huffman, William Scheider and Mark Barton**

AARON SACHS & ASSOCIATES, P.C.

By:   _s/ Joel A. Block_
           Joel A. Block