UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA MIESS, et al.,       ) <br>       ) <br>    Plaintiffs,            ) <br>       ) <br> vs.                        ) <br>       ) <br> PORT CITY TRUCKING, INC., et al.,  ) <br>       ) <br>    Defendants.        ) | Case No. 4:09CV1124 CDP |

## **MEMORANDUM AND ORDER**

I have thoroughly considered all the arguments made in the briefs relating to attorney Trotter's motion to reconsider. Nothing that occurred at the March hearings changes my opinion as set forth in my February 8, 2012 Order [#173]. Accordingly,

**IT IS HEREBY ORDERED** that Trotter's motion for reconsideration [#234] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of April, 2012.